# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                         NO.  4:12MJ6048-BD

JESUS TORRES, et al.                                                         DEFENDANTS

## ORDER

The Criminal Complaint filed in this matter on December 10, 2012, is hereby dismissed *sua sponte* and without prejudice, due to a typographical error.  The deficiency in the Complaint has been corrected, and the Complaint has been refiled as Case Number 4:12MJ6049-BD.

DATED this 12th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE